# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CASSANDRA WILTZ,** *et al.*,

      **Plaintiffs,**

  v.                                      **Civil Action 2:24-cv-4000**
                                                    **Judge Douglas R. Cole**
                                                      **Magistrate Judge Chelsey M. Vascura**

**DAVID YOST,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Response to 2/12/25 Order to Show Cause, which the Court construes as a Motion for Extension of Time to Effect Service. (ECF No. 93). For good cause shown, Plaintiff's Motion is **GRANTED**. (ECF No. 93.) Plaintiff's time to effect service on Defendants Nickolas McCoy, Terrance Flahive, and John Does No. 1, No. 2, and No. 3 is extended to **APRIL 12, 2025**.

    **IT IS SO ORDERED.**

                                                        /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE