# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CASSANDRA R. WILTZ,** *et al.*,

      **Plaintiffs,**

v.                                           **Civil Action 2:24-cv-4000**
                                              **Judge Douglas R. Cole**
                                              **Magistrate Judge Chelsey M. Vascura**

**DAVE YOST,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion for an order directing the U.S. Marshal to serve Defendant Nickolas McCoy with the summons and complaint (ECF No. 116). Plaintiff's Motion is **DENIED**. The docket reflects that the Clerk of Court issued certified mail service to Mr. McCoy, which was returned to the Court on April 7, 2025, marked "REFUSED." (ECF No. 112.) Under these circumstances, Plaintiff can complete service on Mr. McCoy by "fil[ing] with the Clerk a request for ordinary mail service accompanied by an envelope containing the summons and complaint or other document to be served with adequate postage affixed to the envelope," "prepar[ing] for the Clerk's use a certificate of mailing that shall be signed by the Clerk or a Deputy Clerk and filed at the time of mailing," and "endors[ing] the answer day (twenty-one days after the date of mailing shown on the certificate of mailing) on the summons sent by ordinary mail" as provided in S.D. Ohio Civ. R. 4.2(c). Plaintiff is **ADVISED**

to follow this procedure to complete service on Mr. McCoy.[1] Plaintiff's deadline to serve Mr. McCoy is **EXTENDED** to **MAY 2, 2025**.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff asserts in her motion that she requested ordinary mail service on April 11, 2025 (¶ 16, ECF No. 116); however, the docket does not reflect a request for ordinary mail service.